# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

LESTER HAHN AND CORINNE HAHN,
    Plaintiffs

    v.                                   CASE NUMBER: 11-C-0261

COUNTRYWIDE HOME LOANS INC.
COUNTRYWIDE BANK NA
COUNTRYWIDE BANK FSB
BAC HOME LOANS SERVICING LP
UNIVERSAL SAVINGS BANC HOLDINGS INC.
WELLS FARGO BANK, NA
ONE CHOICE MORTGAGE LLC
FEDERAL RESIDENTIAL MORTGAGE COMPANY LLC
FLAGSTAR BANK FSB
    Defendants

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** the complaint and this action are dismissed without prejudice.

September 6, 2011                                            Jon W. Sanfilippo
Date                                                                     Clerk

                                                                                         s/ D. Monroe
                                                                                         (By) Deputy Clerk